(September 11, 1986)

■ In the Matter of WINONNA OO., Alleged to be a Permanently Neglected Child. SCHOHARIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CAROL PP., Appellant.—Appeal from an order of the Family Court of Schoharie County (Lamont, J.), entered November 2, 1983, which granted petitioner's application, in a proceeding pursuant to Social Services Law § 384-b, to adjudicate Winonna OO. a permanently neglected child, and terminated respondent's parental rights.

Order affirmed, without costs, upon the opinion of Family Court Judge Dan Lamont. Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Levine, JJ., concur.